*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**CEDARAPIDS, INC., Plaintiff–Appellant,**

v.

**JOHNSON CRUSHERS INTERNATIONAL, INC., and Kolberg–Pioneer, Inc., Defendants–Cross Appellants.**

Nos. 2006–1341, 2006–1353.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

*This case was not selected for publication in the Federal Reporter*

*Note: Pursuant to Fed. Cir. R. 47.6, this order is not citable as precedent. It is a public order.*

**LBT ENTERPRISES, LTD., Plaintiff–Appellant,**

v.

**COASTAL PILE CUTTERS LLC, Defendant–Cross Appellant.**

Nos. 2006–1468, 2006–1549.

United States Court of Appeals, Federal Circuit.

Nov. 17, 2006.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).